**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* ______ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **Underground Solutions LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**DBA Underground Communications**

**3. Debtor's federal Employer Identification Number** (EIN) — **83-1571561**

**4. Debtor's address**

**Principal place of business**

**2403 Elizondo St**
**Simi Valley, CA 93065**
Number, Street, City, State & ZIP Code

**Ventura**
County

**Mailing address, if different from principal place of business**

**7510 Aster Thicket Trail**
**Katy, TX 77493**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**241 W. Jefferson Blvd Los Angeles, CA 90007**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) — **ugcomms.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ______

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8210**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Underground Solutions LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____

**Where is the property?** ____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ____
Contact name ____
Phone ____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Underground Solutions LLC** Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 4

5/22/24 9:54AM

Debtor **Underground Solutions LLC**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 22, 2024**
MM / DD / YYYY

**X** Managing Member
Signature of authorized representative of debtor

**Javier Junior Esqueda**
Printed name

Title **Managing Member**

**18. Signature of attorney**

**X**
Signature of attorney for debtor

Date **May 22, 2024** 23
MM / DD / YYYY

**Steven R. Fox**
Printed name

**The Fox Law Corporation Inc.**
Firm name

**17835 Ventura Blvd #306**
**Encino, CA 91316**
Number, Street, City, State & ZIP Code

Contact phone **818 774-3545** Email address **SRFox@foxlaw.com**

**138808 CA**
Bar number and State

5/22/24 9:54AM

**United States Bankruptcy Court**
**Central District of California**

In re **Underground Solutions LLC** Debtor(s) Case No. Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Javier Junior Esqueda, Trustee**<br>**The Esqueda Trust**<br>**7510 Aster-Thicket Trail**<br>**Katy, TX 77493** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 22, 2024** Signature [signature], Managing member
**Javier Junior Esqueda**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

5/22/24 9:54AM

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Mérida, Mexico** , ~~California.~~

Date: May 22, 2024

[signature], Managing member
**Javier Junior Esqueda**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018* *Page 1* **F 1015-2.1.STMT.RELATED.CASES**

5/22/24 9:54AM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re Underground Solutions LLC Debtor(s)

Case No.
Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 48,262.00 |
| Prior to the filing of this statement I have received | $ | 48,262.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☑ Debtor ☑ Other (specify): Javier Junior and Katrina Esqueda

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

managing member 5/22/24

**Javier Junior Esqueda** *Date*
*Signature of Debtor*

7510 Aster-Thicket Trail
Katy, TX 77493

5/23/24

**Steven R. Fox** *Date*
*Signature of Attorney*
**The Fox Law Corporation Inc.**
**17835 Ventura Blvd #306**
**Encino, CA 91316**
**818 774-3545 Fax: 818 774-3707**
**SRFox@foxlaw.com**
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**THE FOX LAW CORPORATION, INC.**<br>**Steven R. Fox CBN 138808**<br>**17835 Ventura Blvd #306**<br>**Encino, CA 91316**<br>**Ph. 818 774-3545 Fax. 818 774-3707**<br>**SRFox@foxlaw.com**<br><br>☑ *Proposed Attorney for: Underground Solutions LLC* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Underground Solutions LLC**<br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.: 9:24-bk-xxxxx XX<br>ADVERSARY NO.:<br>CHAPTER: **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Javier Junior Esqueda**, the undersigned in the above-captioned case, hereby declare
*(Print Name of ~~Attorney or~~ Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012 **F 1007-4.CORP.OWNERSHIP.STMT**

Main Document Page 10 of 36
5/22/24 9:54AM

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - [x] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a. [x] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests: **The Esqueda Trust**
*[For additional names, attach an addendum to this form.]*

b. [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

5/22/24
Date

By: [signature], managing member
Signature of Debtor, ~~or attorney for Debtor~~

Name: **Javier Junior Esqueda**
Printed name of Authorized Signer for Debtor, ~~or attorney for Debtor~~

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012 **F 1007-4.CORP.OWNERSHIP.STMT**

Fill in this information to identify the case:

Debtor name Underground Solutions LLC

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2024

X [signature] Managing member
Signature of individual signing on behalf of debtor

Javier Junior Esqueda
Printed name

Managing Member
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Underground Solutions LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADP Payroll One ADP Blvd Roseland, NJ 07068** | | **Payroll processor** | | | | **$27,590.43** |
| **Altust Receivables Management PO Box 186 Metairie, LA 70004** | | **Collections agency for ADP Payroll.** | | | | **$27,590.43** |
| **American Express National Bank 114 W Towne Ridge Pkwy Sandy, UT 84070** | | **Credit Card used for business** | | | | **$22,938.06** |
| **AMTrust North America Financial Services PO Box 5876 Cleveland, OH 44101** | | **Deductibles owed to insurer for claims made** | | | | **$5,000.00** |
| **AMTrust North America Financial Services PO Box 5876 Cleveland, OH 44101** | | **Deductibles owed to insurer for claims made** | | | | **$5,000.00** |
| **Capital One Attn: CEO, President, Officer 1680 Capital One Dr Mc Lean, VA 22102** | | **Credit Card used for business** | | | | **$40,799.99** |
| **Creditors Adjustment Bureau c/o Farmers Insurance 4340 Fulton Ave 3rd Flr Sherman Oaks, CA 91423** | | **WC 2023 Audit - collections agency for Farmers Insurance.** | | | | **$7,426.00** |
| **Dionicio Duarte 10155 Brawley Rd. Hesperia, CA 92344** | | **Adelanto Yard Landlord. Rental payments.** | | | | **$800.00** |

Debtor **Underground Solutions LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hill Capital Investments c/o Robert Tehrani 3310 S. Grand Ave Los Angeles, CA 90007** | | **LA Yard Landlord. Partial April and May Rent.** | | | | **$6,600.00** |
| **JP Morgan Chase Bank NA Mail Code LA4-7100 700 Kansas Lane Monroe, LA 71203** | | **Credit Card used for business** | | | | **$33,623.19** |
| **JP Morgan Chase Bank NA Mail Code LA4-7100 700 Kansas Lane Monroe, LA 71203** | | **Credit Card used for business** | | | | **$23,781.87** |
| **JP Morgan Chase Bank NA (Chase INK) Mail Code LA4-7100 700 Kansas Lane Monroe, LA 71203** | | **Credit Card used for business** | | | | **$23,623.39** |
| **JP Morgan Chase Bank NA (Chase INK) Mail Code LA4-7100 700 Kansas Lane Monroe, LA 71203** | | **Credit Card used for business** | | | | **$31,648.29** |
| **Monteleone & McCrory, LLP 725 S. Figueroa St. Ste 3200 Los Angeles, CA 90017-5446** | | **Legal services provided.** | | | | **$1,347.50** |
| **Pacific Traffic Control 2840 Lugo St Los Angeles, CA 90023** | | **Creditor claims the debt was owed from 2 years ago. Debtor believes the payment was already made.** | **Disputed** | | | **$3,144.00** |
| **Robertson's Ready Mix, Ltd. PO Box 3600 Corona, CA 92878** | | **Vendor. Lawsuit.** | | | | **$8,367.39** |
| **Sunbelt Rentals, Inc. PO Box 409211 Atlanta, GA 30384-9211** | | **Rentals** | | | | **$6,699.79** |

Debtor **Underground Solutions LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Rentals Inc.<br>PO Box 051122<br>Los Angeles, CA<br>90074-1122** | | **Rentals** | | | | **$12,122.18** |
| **Vulcan Materials<br>Company<br>aka Calmat Co<br>Lockbox 55572<br>Los Angeles, CA<br>90074-5572** | | **Bond** | | | | **$17,567.76** |

**Fill in this information to identify the case:**

Debtor name **Underground Solutions LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Caterpillar Financial Services Corp | $2,058.17 | $0.00 |
| 2.2 First Citizens Bank | $106,812.90 | $0.00 |

**2.1 Caterpillar Financial Services Corp**
Creditor's Name

**2120 West End Ave**
**Nashville, TN 37203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**August, 2020**

**Last 4 digits of account number**
**4364**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. U.S. Small Business Administration**
**2. Caterpillar Financial Services Corp**
**3. John Deere Construction & Forestry**
**4. First Citizens Bank**
**5. John Deere Construction & Forestry**

**Describe debtor's property that is subject to a lien**
**Caterpillar 303.5E2CR Mini Excavator SN JWY05842 and Caterpillar 262D3 Skid Steer Loader SN ZB202288**

**Describe the lien**
**UCC-1 Filing: U200010917219**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $2,058.17 — **Value of collateral that supports this claim:** $0.00

---

**2.2 First Citizens Bank**
Creditor's Name

**PO Box 856502**
**Minneapolis, MN 55485-6502**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blue Viper Skid Mounted Water Pressure Washer, 2020 Mower King Hydraulic Hammer, 2020 Mower King Skid Steer Brook, 2017 GMC VN 9588, 2015 Ram EK VN 8112, 2014 FRHT VN 7671, 2012 Ford VN 9769**

**Describe the lien**
**Equipment Finance Agreement**

**Amount of claim:** $106,812.90 — **Value of collateral that supports this claim:** $0.00

Debtor **Underground Solutions LLC** Case number (if known)
Name

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8000**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **First Citizens Bank**
Creditor's Name
**Attn: CEO, President, Officer**
**2601 4th St Sw**
**Mason City, IA 50401**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2014 Freightliner M2 VIN 1FVACWDU3EHFF7671**

**$32,319.00** **$100,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4000**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 **John Deere Construction & Forestry**
Creditor's Name
**6400 NW 86th St**
**Johnston, IA 50131**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Vermeer D23X30 S3 Directional Drill (Bore)**
**Digitrak F5 Falcon**
**Felling FT24 I Trailer**
**Vermeer MX125 Mud Mixing System**
**Vac-Tron CV87SGT**

**$23,183.89** **$0.00**

**Describe the lien**
**UCC-1 Filing: U210056538018**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**June, 2021**

**Last 4 digits of account number**
**1184**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Underground Solutions LLC** Case number (if known)
Name

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5 John Deere Construction & Forestry**
Creditor's Name

**6400 NW 86th St**
**Johnston, IA 50131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**August, 2023**
**Last 4 digits of account number**
**9350**
**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**Vermeer RTX550 Trencher SN 004181**
**Towmaster T16D Trailer SN 160117**
**Vermeer VX50-800 Excavator SN 615187**

**$34,525.65** **$0.00**

**Describe the lien**
**UCC-1 Filing: U230056282124**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6 PEAC Solutions**
Creditor's Name

**300 Fellowship Rd**
**Mount Laurel, NJ 08054**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2001**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Purchased loan from Dimension Funding, LLC. Secured in all property listed in Attachment "A" in Equipment Finance Agreement #07091KF19**

**$0.00** **$0.00**

**Describe the lien**
**UCC-1 Filing 19-7738766802**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7 Secured Lender Solutions, LLC**

**Describe debtor's property that is subject to a lien**

**$0.00** **$0.00**

Debtor **Underground Solutions LLC** Case number (if known)
Name

Creditor's Name

**As Representative**
**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Debtor believes Secured Lender Solutions, LLC, which is the named entity in UCC-1 Filing: U210027934738, is as representative for CIT Bank, NA, which was purchased by First Citizens Bank (see line 2.2)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4738**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 **U.S. Bank Equipment Finance**
Creditor's Name
**dba U.S. Bank Ntnl Assoc.**
**3180 Rider Trail S.**
**Earth City, MO 63045**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2013 Kenworth - 2NKHHHN7X0DM364194**

**$8,934.38** **$50,000.00**

**Describe the lien**
**Equipment Finance Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1000**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.9 **U.S. Bank Equipment Finance**
Creditor's Name
**dba U.S. Bank Ntnl Assoc.**
**3180 Rider Trail S.**
**Earth City, MO 63045**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Peterbilt 348 Dump Truck VIN 2NP3XJ0X9KM263310**

**$0.00** **$139,000.00**

**Describe the lien**
**Equipment Finance Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

Debtor **Underground Solutions LLC** Case number (if known)
Name

**October, 2020**
**Last 4 digits of account number**
**5339**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.10 **U.S. Small Business Administration**
Creditor's Name
**Office of General Counsel**
**312 North Spring St 5th Flr**
**Los Angeles, CA 90012**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**June, 2020**
**Last 4 digits of account number**
**7808**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**EIDL Loan. First position security interest in all assets. UCC-1 Filing: 90348100002**

**$160,233.81** **$0.00**

**Describe the lien**
**7514627808**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$368,067.80**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Caterpillar Financial Services Corp**<br>**PO Box 100647**<br>**Pasadena, CA 91189-0647** | Line **2.1** | |
| **Cti Bank, N.A.**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** | Line **2.2** | |
| **Dimension Funding, LLC**<br>**6 Hughes Ste 220**<br>**Irvine, CA 92618** | Line **2.6** | |
| **John Deere**<br>**PO Box 650215**<br>**Dallas, TX 75265-0215** | Line **2.4** | |

Debtor **Underground Solutions LLC** Case number (if known)
Name

| | |
|---|---|
| **U.S. Bank Equipment Finance**<br>**1310 Madrid St**<br>**Marshall, MN 56258** | Line **2.8** |
| **U.S. National Bank Association**<br>**Attn: CEO, President, Officer**<br>**425 Walnut St**<br>**Cincinnati, OH 45202** | Line **2.8** |
| **U.S. National Bank Association**<br>**Attn: CEO, President, Officer**<br>**425 Walnut St**<br>**Cincinnati, OH 45202** | Line **2.9** |

**Fill in this information to identify the case:**

Debtor name **Underground Solutions LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1: List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **California Dept of Tax & Fee Admin**<br>**PO Box 942879**<br>**Sacramento, CA 94279-3555** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **For notification purposes.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | **Employment Development Department**<br>**PO Box 10402**<br>**Van Nuys, CA 91410-0402** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred **Q1 & Q2 - 2024** | Basis for the claim: **2024 payroll taxes.** | | |
| | Last 4 digits of account number **1561**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Underground Solutions LLC** Case number (if known)
Name

2.3 Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred
**Q1 & Q2 - 2024**

Basis for the claim:
**2024 payroll taxes.**

Last 4 digits of account number **1561**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**60West - Blue Edge Communications**
**720 U.S. 60 Bus**
**Dexter, MO 63841**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Claims $200,000 owed for damages. Debtor disputes their claim.**
Is the claim subject to offset? ☐ No ■ Yes

**$0.00**

3.2 **Nonpriority creditor's name and mailing address**
**ADP Payroll**
**One ADP Blvd**
**Roseland, NJ 07068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payroll processor**
Is the claim subject to offset? ■ No ☐ Yes

**$27,590.43**

3.3 **Nonpriority creditor's name and mailing address**
**Alfredo Torres**
**1628 Rambling Road**
**Simi Valley, CA 93065**
**Date(s) debt was incurred** **2020-2021**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Loan**
Is the claim subject to offset? ■ No ☐ Yes

**$8,000.00**

3.4 **Nonpriority creditor's name and mailing address**
**Altus Receivables Management**
**PO Box 186**
**Metairie, LA 70004**
**Date(s) debt was incurred** **Q1 2024**
**Last 4 digits of account number** **1026**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Collections agency for ADP Payroll.**
Is the claim subject to offset? ■ No ☐ Yes

**$27,590.43**

3.5 **Nonpriority creditor's name and mailing address**
**American Express National Bank**
**114 W Towne Ridge Pkwy**
**Sandy, UT 84070**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **2009**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Credit Card used for business**
Is the claim subject to offset? ■ No ☐ Yes

**$22,938.06**

Debtor **Underground Solutions LLC** Case number (if known)
Name

**3.6** **Nonpriority creditor's name and mailing address**
**AMTrust North America**
**Financial Services**
**PO Box 5876**
**Cleveland, OH 44101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1081

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Deductibles owed to insurer for claims made
Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**AMTrust North America**
**Financial Services**
**PO Box 5876**
**Cleveland, OH 44101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6851

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Deductibles owed to insurer for claims made
Is the claim subject to offset? ■ No ☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**
**California Dept of Motor Vehicles**
**Regulations Branch C-128**
**Sacramento, CA 94232-3820**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Delinquent registration for 2017 GMC 1500 and 2012 RAM 5500 trucks. Potential registration for unknown number of trailers.
Is the claim subject to offset? ■ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
**Capital One**
**Attn: CEO, President, Officer**
**1680 Capital One Dr**
**Mc Lean, VA 22102**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9596

**As of the petition filing date, the claim is:** *Check all that apply.* **$40,799.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit Card used for business
Is the claim subject to offset? ■ No ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
**City of Santa Monica**
**Attn: Mayor**
**1685 Main St**
**Santa Monica, CA 90401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7901

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Cross complaint filed against HP Communications, which sub-contracted Underground Solutions LLC.
Is the claim subject to offset? ■ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
**Creditors Adjustment Bureau**
**c/o Farmers Insurance**
**4340 Fulton Ave 3rd Flr**
**Sherman Oaks, CA 91423**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0100

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,426.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** WC 2023 Audit - collections agency for Farmers Insurance.
Is the claim subject to offset? ■ No ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
**Dionicio Duarte**
**10155 Brawley Rd.**
**Hesperia, CA 92344**
**Date(s) debt was incurred** 2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Adelanto Yard Landlord. Rental payments.
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Underground Solutions LLC** Case number (if known)
Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,600.00 |
|---|---|---|---|
| | **Hill Capital Investments**<br>**c/o Robert Tehrani**<br>**3310 S. Grand Ave**<br>**Los Angeles, CA 90007**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: LA Yard Landlord. Partial April and May Rent.<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,585.00 |
| | **Javier Senior Esqueda**<br>**20423 Lemarsh St**<br>**Chatsworth, CA 91311**<br>Date(s) debt was incurred March, 2024<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Loan<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,781.87 |
| | **JP Morgan Chase Bank NA**<br>**Mail Code LA4-7100**<br>**700 Kansas Lane**<br>**Monroe, LA 71203**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 0359 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Credit Card used for business<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,623.19 |
| | **JP Morgan Chase Bank NA**<br>**Mail Code LA4-7100**<br>**700 Kansas Lane**<br>**Monroe, LA 71203**<br>Date(s) debt was incurred 05/16/2024<br>Last 4 digits of account number 0958 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Credit Card used for business<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,648.29 |
| | **JP Morgan Chase Bank NA (Chase INK)**<br>**Mail Code LA4-7100**<br>**700 Kansas Lane**<br>**Monroe, LA 71203**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 7569 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Credit Card used for business<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,623.39 |
| | **JP Morgan Chase Bank NA (Chase INK)**<br>**Mail Code LA4-7100**<br>**700 Kansas Lane**<br>**Monroe, LA 71203**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 7323 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Credit Card used for business<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Lanea**<br>**217 Broadway**<br>**Santa Monica, CA 90401**<br>Date(s) debt was incurred December 2021<br>Last 4 digits of account number 1845 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: General liability insurance claim<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Underground Solutions LLC** Case number (if known)
Name

**3.20** **Nonpriority creditor's name and mailing address**
**Monteleone & McCrory, LLP**
**725 S. Figueroa St. Ste 3200**
**Los Angeles, CA 90017-5446**
**Date(s) debt was incurred** 10/27/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,347.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal services provided.
Is the claim subject to offset? ■ No ☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**
**Nancy Carter**
**c/o David Hoffman, Esq.**
**21800 Oxnard Blvd Ste 430**
**Woodland Hills, CA 91367**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1685

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Lawsuit.
Is the claim subject to offset? ■ No ☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**
**Pacific Traffic Control**
**2840 Lugo St**
**Los Angeles, CA 90023**
**Date(s) debt was incurred** October, 2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,144.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Creditor claims the debt was owed from 2 years ago. Debtor believes the payment was already made.
Is the claim subject to offset? ■ No ☐ Yes

**3.23** **Nonpriority creditor's name and mailing address**
**Paul Tokar**
**Beitchman & Zekian, P.C.**
**16130 Ventura Blvd Ste 570**
**Encino, CA 91436**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal services provided. Included for notification purposes.
Is the claim subject to offset? ■ No ☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**
**Robertson's Ready Mix, Ltd.**
**PO Box 3600**
**Corona, CA 92878**
**Date(s) debt was incurred** 09/2023
**Last 4 digits of account number** 9306

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,367.39**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Vendor. Lawsuit- disputed as to any legal claim.
Is the claim subject to offset? ■ No ☐ Yes

**3.25** **Nonpriority creditor's name and mailing address**
**Sunbelt Rentals, Inc.**
**PO Box 409211**
**Atlanta, GA 30384-9211**
**Date(s) debt was incurred** August, 2023
**Last 4 digits of account number** 5969

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,699.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Rentals
Is the claim subject to offset? ■ No ☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
**United Rentals Inc.**
**PO Box 051122**
**Los Angeles, CA 90074-1122**
**Date(s) debt was incurred** 09/2023
**Last 4 digits of account number** 2121

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,122.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Rentals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Underground Solutions LLC** Case number (if known)
Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,567.76 |
|---|---|---|---|
| | **Vulcan Materials Company**<br>**aka Calmat Co**<br>**Lockbox 55572**<br>**Los Angeles, CA 90074-5572**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **0305** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Bond**<br>Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ADP Payroll**<br>**One ADP Blvd**<br>**Roseland, NJ 07068** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **ADP Payroll Small Business Services**<br>**Attn: Brandon Coppel, Manager**<br>**6300 Canoga Ave Ste 400B**<br>**Woodland Hills, CA 91367** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Altus Receivables Management**<br>**2121 Airline Dr Ste 520**<br>**Metairie, LA 70001** | Line **3.4**<br>☐ Not listed. Explain ____ | **8030** |
| 4.4 | **California Dept of Tax & Fee Admin**<br>**450 N St MIC:56**<br>**Sacramento, CA 95814** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Capital One Bank (USA) N.A.**<br>**by American InfoSource as Agent**<br>**4515 N Santa Fe Ave**<br>**Oklahoma City, OK 73118** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Chase Sapphire Reserve**<br>**Cardmember Services**<br>**PO Box 6294**<br>**Carol Stream, IL 60197-6294** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Colleen Coschignano, Adjuster**<br>**c/o Venbrook**<br>**6320 Canoga Ave 12th Flr**<br>**Woodland Hills, CA 91367** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Continental Commercial Group**<br>**1111 North Brand Blvd Ste 401**<br>**Glendale, CA 91202** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **David Hoffman, Esq.**<br>**21800 Oxnard Blvd Ste 430**<br>**Woodland Hills, CA 91367** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |

Debtor **Underground Solutions LLC** Case number (if known)
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Employment Development Department**<br>**PO Box 826215 MIC3A**<br>**Sacramento, CA 94230-6215** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Employment Development Department**<br>**Bankruptcy Group MIC 92E**<br>**PO Box 826880**<br>**Sacramento, CA 94280-0001** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Farmers Insurance**<br>**PO Box 2847**<br>**Grand Rapids, MI 49501-2847** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Gilbert Segovia, Adjuster**<br>**c/o Venbrook**<br>**6320 Canoga Ave 12th Flr**<br>**Woodland Hills, CA 91367** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Jennifer Williams, Adjuster**<br>**c/o Venbrook**<br>**6320 Canoga Ave 12th Flr**<br>**Woodland Hills, CA 91367** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **JPMorgan Chase Bank NA**<br>**1111 Polaris Pkwy**<br>**Columbus, OH 43240** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Plumtree & Brunner LLP**<br>**7111 Garden Grove Blvd Ste 200**<br>**Garden Grove, CA 92841** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Starpoint, LC**<br>**15233 Ventura Blvd Ste PH16**<br>**Sherman Oaks, CA 91403** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. | + | $ **323,255.27** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **323,255.27** |

Main Document Page 28 of 36

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
**Steven R. Fox**
**17835 Ventura Blvd #306**
**Encino, CA 91316**
**818 774-3545 Fax: 818 774-3707**
California State Bar Number: **138808 CA**
**SRFox@foxlaw.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Underground Solutions LLC**

Debtor(s).

CASE NO.:
CHAPTER: **11**

## VERIFICATION OF MASTER MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 8 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **May 23, 2024** ______ , Managing Member
Signature of Debtor 1

Date: M ______
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **May 23, 2024** ______
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015* **F 1007-1.MAILING.LIST.VERIFICATION**

Underground Solutions LLC
7510 Aster Thicket Trail
Katy, TX 77493


Steven R. Fox
The Fox Law Corporation Inc.
17835 Ventura Blvd #306
Encino, CA 91316


60West - Blue Edge Communications
720 U.S. 60 Bus
Dexter, MO 63841


ADP Payroll
One ADP Blvd
Roseland, NJ 07068


ADP Payroll Small Business Services
Attn: Brandon Coppel, Manager
6300 Canoga Ave Ste 400B
Woodland Hills, CA 91367


Alfredo Torres
1628 Rambling Road
Simi Valley, CA 93065


Altus Receivables Management
2121 Airline Dr Ste 520
Metairie, LA 70001


Altus Receivables Management
PO Box 186
Metairie, LA 70004

American Express National Bank
114 W Towne Ridge Pkwy
Sandy, UT 84070


AMTrust North America
Financial Services
PO Box 5876
Cleveland, OH 44101


California Dept of Motor Vehicles
Regulations Branch C-128
Sacramento, CA 94232-3820


California Dept of Tax & Fee Admin
PO Box 942879
Sacramento, CA 94279-3555


California Dept of Tax & Fee Admin
450 N St MIC:56
Sacramento, CA 95814


Capital One
Attn: CEO, President, Officer
1680 Capital One Dr
Mc Lean, VA 22102


Capital One Bank (USA) N.A.
by American InfoSource as Agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118


Caterpillar Financial Services Corp
2120 West End Ave
Nashville, TN 37203

Caterpillar Financial Services Corp
PO Box 100647
Pasadena, CA 91189-0647


Chase Sapphire Reserve
Cardmember Services
PO Box 6294
Carol Stream, IL 60197-6294


City of Santa Monica
Attn: Mayor
1685 Main St
Santa Monica, CA 90401


Clear Source Communication
Attn: K. Benjamin
4646 Manhattan Beach Blvd
Lawndale, CA 90260


Colleen Coschignano, Adjuster
c/o Venbrook
6320 Canoga Ave 12th Flr
Woodland Hills, CA 91367


Continental Commercial Group
1111 North Brand Blvd Ste 401
Glendale, CA 91202


Creditors Adjustment Bureau
c/o Farmers Insurance
4340 Fulton Ave 3rd Flr
Sherman Oaks, CA 91423


Cti Bank, N.A.
155 Commerce Way
Portsmouth, NH 03801

David Hoffman, Esq.
21800 Oxnard Blvd Ste 430
Woodland Hills, CA 91367


Dimension Funding, LLC
6 Hughes Ste 220
Irvine, CA 92618


Dionicio Duarte
10155 Brawley Rd.
Hesperia, CA 92344


Employment Development Department
PO Box 10402
Van Nuys, CA 91410-0402


Employment Development Department
PO Box 826215 MIC3A
Sacramento, CA 94230-6215


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Farmers Insurance
PO Box 2847
Grand Rapids, MI 49501-2847


First Citizens Bank
PO Box 856502
Minneapolis, MN 55485-6502

First Citizens Bank
Attn: CEO, President, Officer
2601 4th St Sw
Mason City, IA 50401


Gilbert Segovia, Adjuster
c/o Venbrook
6320 Canoga Ave 12th Flr
Woodland Hills, CA 91367


Hill Capital Investments
c/o Robert Tehrani
3310 S. Grand Ave
Los Angeles, CA 90007


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Javier Junior Esqueda
7510 Aster-Thicket Trail
Katy, TX 77493


Javier Senior Esqueda
20423 Lemarsh St
Chatsworth, CA 91311


Jennifer Williams, Adjuster
c/o Venbrook
6320 Canoga Ave 12th Flr
Woodland Hills, CA 91367


John Deere
PO Box 650215
Dallas, TX 75265-0215

John Deere Construction & Forestry
6400 NW 86th St
Johnston, IA 50131


JP Morgan Chase Bank NA
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203


JP Morgan Chase Bank NA (Chase INK)
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203


JPMorgan Chase Bank NA
1111 Polaris Pkwy
Columbus, OH 43240


Katrina Esqueda
7510 Aster-Thicket Trail
Katy, TX 77493


Lanea
217 Broadway
Santa Monica, CA 90401


Monteleone & McCrory, LLP
725 S. Figueroa St. Ste 3200
Los Angeles, CA 90017-5446


Nancy Carter
c/o David Hoffman, Esq.
21800 Oxnard Blvd Ste 430
Woodland Hills, CA 91367

Pacific Traffic Control
2840 Lugo St
Los Angeles, CA 90023


Paul Tokar
Beitchman & Zekian, P.C.
16130 Ventura Blvd Ste 570
Encino, CA 91436


PEAC Solutions
300 Fellowship Rd
Mount Laurel, NJ 08054


Plumtree & Brunner LLP
7111 Garden Grove Blvd Ste 200
Garden Grove, CA 92841


Robertson's Ready Mix, Ltd.
PO Box 3600
Corona, CA 92878


Secured Lender Solutions, LLC
As Representative
PO Box 2576
Springfield, IL 62708


Starpoint, LC
15233 Ventura Blvd Ste PH16
Sherman Oaks, CA 91403


Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384-9211

U.S. Bank Equipment Finance
dba U.S. Bank Ntnl Assoc.
3180 Rider Trail S.
Earth City, MO 63045


U.S. Bank Equipment Finance
1310 Madrid St
Marshall, MN 56258


U.S. National Bank Association
Attn: CEO, President, Officer
425 Walnut St
Cincinnati, OH 45202


U.S. Small Business Administration
Office of General Counsel
312 North Spring St 5th Flr
Los Angeles, CA 90012


United Rentals Inc.
PO Box 051122
Los Angeles, CA 90074-1122


Vulcan Materials Company
aka Calmat Co
Lockbox 55572
Los Angeles, CA 90074-5572